MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS ARDINE; CELSA ARENAS; PATRICE ARMBRISTER; ROBERT BAKER JR.; LEIGH BLACKWELL; RICHARD BOHLKE; THOMAS CROOKS; DAVE CROSS; JOAN CROSS; PAMELA FRICKX; LESLIE HUMPHREY; MAHVASH JAHANGIRI; MOHAMAD JAHANGIRI; ROBERT JOHNSON; JAMES KIRKPATRICK; LORETTA KIRKPATRICK; LEONARD PASCUAL; LARAE ROLLYSON; RICHARD SHELER; SYLVIA THOMPSON-SHELER; MARY JOE STOGLIN; and JOSEPH VERONA; <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, NA.; <br><br> Defendants. <br> AND ALL RELATED MATTERS | Case No.:   2:11-cv-01542-PMP-PAL <br><br> **WAIVER OF SERVICE** |

Service of the CLASS ACTION COMPLAINT and SUMMONS IN A CIVIL ACTION,

///

in the above entitled matter is hereby accepted on behalf of all named Defendants pursuant to wavier of service.

DATED this 30th day of September, 2011

*Jacob D. Bundick*
**JACOB D. BUNDICK, ESQ.**
Nevada Bar No.: 009772
AKERMAN SENTERFFIT, LLP
400 South Fourth Street, #450
Las Vegas, NV 89101
Telephone No.:(702) 634-5000
Facsimile No.: (702) 380-8572