1

2

3

4                              **UNITED STATES DISTRICT COURT**

5                                  **DISTRICT OF NEVADA**

6

7    DENNIS ARDINE, *et al.,*                )
                                             )
8                      Plaintiffs,           )        Case No. 2:11-cv-01542-PMP-PAL
                                             )
9    vs.                                     )                    **ORDER**
                                             )
10   BANK OF AMERICA CORPORATION, *et al.,*  )
                                             )
11                     Defendants.           )
     _____)

12

13          This matter is before the court on Plaintiffs' failure to file a Certificate as to Interested Parties as

14   required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed September 26, 2011.  No

15   Answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas*

16   *corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the

17   disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms,

18   partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in

19   the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other

20   than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c)

21   requires a party to promptly file a supplemental certification upon any change in the information that

22   this rule requires.  To date, Plaintiffs have failed to comply.  Accordingly,

23          **IT IS ORDERED** that Plaintiffs shall file their Certificate as to Interested Parties, which fully

24   complies with LR 7.1-1 **no later than 4:00 p.m., October 25, 2011.**  Failure to comply may result in

25   the issuance of an order to show cause why sanctions should not be imposed.

26          Dated this 11th day of October, 2011.

27                                                          _____
                                                            Peggy A. Leen
28                                                          United States Magistrate Judge