**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS ARDINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.,* <br><br> Defendants. | Case No.: 2:11-cv-01542-PMP-PAL <br><br> **PLAINTIFFS' CERTIFICATE AS TO INTERESTED PARTIES AS REQUIRED BY LR 7.1-1** |
| AND ALL RELATED MATTERS | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiffs hereby certifies that there are no known interested parties other than those participating in the above-entitled action. This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED: This 17th day of October, 2011.

**CALLISTER + ASSOCIATES, LLC**

By: // s // Matthew Q. Callister
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001369
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

**PROOF OF SERVICE**

I, Phyllis L. Cameron, hereby declare and state:

I am over the age of eighteen years, employed by Callister + Associates, LLC in the County of Clark, Nevada, and not a party to the within-entitled action. My business address is 823 Las Vegas Blvd., South, 5th Floor, Las Vegas, NV 89101.

On October 17th, 2011, I served the following:

**PLAINTIFFS' CERTIFICATE AS TO INTERESTED PARTIES AS REQUIRED BY LR 7.1-1**

XX   By serving the following parties electronically through CM/ECF as set forth below.

☐   By facsimile transmission on the date. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☐   By placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada address as set forth below.

☐   By depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

**JACOB D. BUNDICK, ESQ.**
**Nevada Bar No.: 009772**
**AKERMAN SENTERFFIT, LLP**
**400 South Fourth Street, #450**
**Las Vegas, NV 89101**
Attorneys for Defendants

I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing with the United Stat Postal Service. The envelope(s) above was sealed and will be deposited today withe United States Postal Service in the ordinary course of business practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2011, at Las Vegas, Nevada.

// s // Phyllis L. Cameron
_____
Phyllis L. Cameron

CALLISTER + ASSOCIATES
823 Las Vegas Blvd. South
Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343

Page 2 of 2