**Transferred case has been opened**
ECFnotice   to: InterdistrictTransfer_NVD                               10/21/2011 11:47 AM

CASE: 2:11-cv-01542

DETAILS: Case transferred from Nevada has been opened in District of Massachusetts as case 1:11-cv-11868, filed 10/21/2011.